# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALTON T. BELL

NO. 2020 KW 0043

MAR 1 3 2020

---

In Re:   Alton T. Bell, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 110541.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> **JMM**
> **MRT**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT